IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

CASE NUMBER: 4:19CR174

V.

PATRICK CAMPBELL,

    DEFENDANT

## ORDER ON MOTION FOR LEAVE

This matter is before the Court on the defense counsel's Motion for Leave. After careful consideration, the request for leave from November 9 through November 18, 2019 is GRANTED.

SO ORDERED, this 31st day of October, 2019.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA